Lewis S. Feldman, SBN 0211
Michael J. McLaughlin, SBN 7089
FELDMAN SHAW, LLP
182 U.S. Highway 50
Post Office Box 1249
Zephyr Cove, NV 89448
(775) 588-5311
(775) 589-6447 Fax

Attorneys for Defendant NAMCAL, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McNEIL and CAROLE McNEIL, individuals | Docket No.: 3:07-cv-306 |
| Plaintiffs, | STIPULATION AND ORDER RE FILING OF OPPOSITION BY DEFENDANT NAMCAL, LLC TO MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR CONSOLIDATION FILED BY PLAINTIFFS ROBERT McNEIL AND CAROLE McNEIL |
| vs. | |
| NEVADA TAHOE REGIONAL PLANNING AGENCY, an administrative agency of the State of Nevada; and NAMCAL, LLC a Nevada limited liability company, | |
| Defendants. | |

Plaintiffs, ROBERT McNEIL and CAROLE McNEIL and Defendant, NAMCAL, LLC, by and through their respective attorneys of record, do hereby agree and stipulate as follows:

That any opposition by Defendant NAMCAL, LLC to the combined motion for preliminary injunction and motion for consolidation filed by Plaintiffs ROBERT McNEIL and CAROL McNEIL, shall be filed on or before July 20, 2007.

/ / /

/ / /

/ / /

/ / /

- 1 -

STIPULATION AND ORDER RE FILING OF OPPOSITION BY DEFENDANT NAMCAL, LLC TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR CONSOLIDATION

Dockets.Justia.com

1    IT IS SO STIPULATED:

2    Dated: July 18, 2007                    LAXALT & NOMURA, LTD

3

4

5                                           By:

6                                               Daniel T. Hayward, Esq.
                                                Michael W. Large, Esq.
7                                               Attorneys for Plaintiffs, ROBERT McNEIL
                                                And CAROLE McNEIL
8

9    Dated: July ___, 2007                   FELDMAN SHAW, LLP

10

11

12                                          By:

13                                              Lewis S. Feldman
                                                Michael J. McLaughlin
14                                              Attorneys for Defendant NAMCAL, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

1    IT IS SO STIPULATED:

2   Dated:  July ___, 2007                LAXALT & NOMURA, LTD

3

4

5                                        By:_____
                                              Daniel T. Hayward, Esq.
6                                             Michael W. Large, Esq.
                                              Attorneys for Plaintiffs, ROBERT McNEIL
7                                             And CAROLE McNEIL

8

9   Dated:  July 18, 2007                 FELDMAN SHAW, LLP

10

11

12                                       By:_____
                                              Lewis S. Feldman
13                                            Michael J. McLaughlin
                                              Attorneys for Defendant NAMCAL, LLC
14

15  IT IS SO ORDERED  nunc pro tunc.

16  DATED this 23rd day of July, 2007.

17

18

19                                       _____
                                         LARRY R. HICKS
20                                       UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

- 2 -