Lewis S. Feldman, SBN 0211
Michael J. McLaughlin, SBN 7089
FELDMAN SHAW, LLP
182 U.S. Highway 50
Post Office Box 1249
Zephyr Cove, NV 89448
(775) 588-5311
(775) 589-6447 Fax

Attorneys for Defendant NAMCAL, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McNEIL and CAROLE McNEIL, individuals<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA TAHOE REGIONAL PLANNING AGENCY, an administrative agency of the State of Nevada; and NAMCAL, LLC a Nevada limited liability company,<br><br>Defendants.<br>_____ | Docket No.: 3:07-cv-306<br><br>STIPULATION AND ORDER RE FILING OF OPPOSITION BY DEFENDANT NAMCAL, LLC TO MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR CONSOLIDATION FILED BY PLAINTIFFS ROBERT McNEIL AND CAROLE McNEIL |

Plaintiffs, ROBERT McNEIL and CAROLE McNEIL and Defendant, NAMCAL, LLC, by and through their respective attorneys of record, do hereby agree and stipulate as follows:

That any opposition by Defendant NAMCAL, LLC to the combined motion for preliminary injunction and motion for consolidation filed by Plaintiffs ROBERT McNEIL and CAROL McNEIL, shall be filed on or before July 20, 2007.

/ / /

/ / /

/ / /

/ / /

- 1 -

1  IT IS SO STIPULATED:

2  Dated: July 18, 2007                    LAXALT & NOMURA, LTD

3

4

5  By: _____
                Daniel T. Hayward, Esq.
6               Michael W. Large, Esq.
                Attorneys for Plaintiffs, ROBERT McNEIL
7               And CAROLE McNEIL

8

9  Dated: July ___, 2007                   FELDMAN SHAW, LLP

10

11

12 By: _____
                Lewis S. Feldman
13              Michael J. McLaughlin
                Attorneys for Defendant NAMCAL, LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

IT IS SO STIPULATED:

Dated: July __, 2007                  LAXALT & NOMURA, LTD


By:_____
          Daniel T. Hayward, Esq.
          Michael W. Large, Esq.
          Attorneys for Plaintiffs, ROBERT McNEIL
          And CAROLE McNEIL


Dated: July 1⁄, 2007                 FELDMAN SHAW, LLP


By:_____
          Lewis S. Feldman
          Michael J. McLaughlin
          Attorneys for Defendant NAMCAL, LLC

IT IS SO ORDERED nunc pro tunc.

DATED this 23rd day of July, 2007.


_____

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

- 2 -