# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McNEIL and CAROLE McNEIL, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA TAHOE REGIONAL PLANNING AGENCY, an administrative agency of the State of Nevada; and NAMCAL, LLC, a Nevada limited liability company,<br><br>Defendants. | Docket No.: 3:07-cv-00306-LRH-VPC<br><br>(Consolidated with<br>Docket No.: 3:07-cv-00334)<br><br>STIPULATION AND ORDER RE REPLY TO PLAINTIFFS' OBJECTIONS TO NAMCAL, LLC'S BILL OF COSTS |

Plaintiffs, ROBERT McNEIL and CAROLE McNEIL, and Defendant, NAMCAL, LLC, by and through their respective attorneys of record, do hereby agree and stipulate as follows:

1. That on October 25, 2007, Defendant NAMCAL, LLC duly filed a bill of costs.

2. On October 30, 2007, Plaintiffs, ROBERT McNEIL and CAROLE McNEIL duly filed an objection to these costs.

3. That Defendant NAMCAL, LLC has no record of being served with Plaintiffs' objections to its bill of costs and first learned of the bill of costs when its counsel received a fax copy from Plaintiffs' counsel on November 16, 2007.

Accordingly, counsel hereby agree and stipulate that Defendant NAMCAL, LLC shall have up to and including November 30, 2007 in which to file a responsive pleading to Plaintiffs' Objection to Namcal, LLC's Bill of Costs.

IT IS SO STIPULATED:

Dated:  November 16, 2007                    LAXALT & NOMURA, LTD


By:  /s/ Daniel T. Hayward
Daniel T. Hayward, Esq.
Michael W. Large, Esq.
Attorneys for Plaintiffs, ROBERT McNEIL
And CAROLE McNEIL


Dated:  November 16, 2007                    FELDMAN SHAW, LLP


By:       /s/ Michael J. McLaughlin
Lewis S. Feldman
Michael J. McLaughlin
Attorneys for Defendant NAMCAL, LLC


IT IS HEREBY ORDERED:

That Defendant NAMCAL, LLC shall file a reply to Plaintiffs' Objection to Namcal, LLC's Bill of Costs on or before November 30, 2007.

DATED this 26th day of November, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE